# JOHN CULVER

## *v.*

# GEORGE FLEMING.

1. MECHANIC'S LIEN—*action by sub-contractor.* Where a sub-contractor gives notice to the owner of the building, according to the act of 1869 amendatory of the mechanic's lien law, and the proof shows that such owner had funds in his hands belonging to the contractor at the time of the notice, he will be liable in an action by the sub-contractor to recover wages due him for labor on the building.

APPEAL from the Circuit Court of Cook county.

The appellee brought suit against appellant, before a justice of the peace, under the provisions of " an act amendatory of the mechanic's lien law," approved April 5, 1869, for wages due appellee for work done on the building of appellant, under the employ of James Sullivan, contractor. On the trial of the cause on appeal, the services were proved and service of notice on appellee. It also appeared that at the time of serving the notice, appellant still owed Sullivan a sum greater than the claim of appellee.

Mr. A. T. EWING, for the appellant.

Per CURIAM: This suit was instituted by virtue of the provisions of "An act amendatory of the mechanic's lien law," approved April 5th, 1869. The law was complied with in the giving of the notice required.

We think it may be fairly inferred, from the evidence, that the owner of the building had funds in his hands belonging to the contractor at the time of the notice. His liability follows, as a matter of law.

The judgment is affirmed.

*Judgment affirmed.*